IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00394-CMA-BNB

BRYSON KNIGHT,

Applicant,

v.

GEORGE DUNBAR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

## ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

It is hereby ORDERED that the Clerk of the Court for the District Court of the City and County of Denver, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in **People v. Bryson Knight**, Denver County District Court, **Case No. 02CR2895**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before August 23, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the District Court of the City and County of Denver, by

facsimile to (720) 865-8582 and by regular mail to Clerk of the Court, 1437 Bannock St., Rm 256, Denver, CO 80202.

DATED July 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge