**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00394-CMA

BRYSON KNIGHT,

    Petitioner,

v.

GEORGE DUNBAR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __3rd__ day of June, 2013.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00394 CMA

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Bryson Knight
# 118259
Delta Correctional Center (DCC)
4102 Sawmill Mesa Road
Delta, CO 81416

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Roger Griffin Billotte - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  07/16/2013 .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
      Deputy Clerk